**Motion Denied as Moot; Order issued October 6, 2011 Withdrawn, and Order filed October 7, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00437-CR

_____

**LASHAWN MONIQUE DARNELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. 178818**

## ORDER

The State filed a motion requesting supplementation of the record in this case. On October 6, 2011, the court granted the motion and issued an order for the Brazoria County District Clerk to file the original of State's Exhibit 1, a surveillance video, on or before October 28, 2011. The original of State's Exhibit 1 was included with the clerk's record that was filed with this court on May 19, 2011. Accordingly, we issue the following order.

This court's order of October 6, 2011, granting the State's motion to supplement the record with the original of State's Exhibit 1 is **WITHDRAWN,** and the State's motion is **DENIED AS MOOT.**

PER CURIAM